```
 1  DANIEL J. BRODERICK, Bar#89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HOWARD KINSEY
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )    Cr.S. 06-404-FCD
11                                 )
                   Plaintiff,      )    STIPULATION AND ORDER
12                                 )
         v.                        )    Date: December 18, 2006
13                                 )    Time: 10:00 a.m.
    HOWARD KINSEY,                 )    Judge: Hon. Frank C. Damrell, Jr.
14                                 )
                   Defendant.      )
15  _____ )

16
```

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulate that the status conference hearing set for November 27, 2006 be reset for December 18, 2006 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December

/ / /

18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

DATED:   November 20, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        HOWARD KINSEY


                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   November 20, 2006           /S/ Dennis S. Waks for

                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney


**SO ORDERED.**

Dated:   November 21, 2006

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE