DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,  v.  HOWARD KINSEY,     Defendant. | Cr.S. 06-0404-FCD  STIPULATION AND ORDER  Date: January 16, 2007  Time: 10:00 a.m.  Judge: Hon. Frank C. Damrell, Jr. |

   Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulate that the status conference hearing set for December 18, 2006 be reset for January 16, 2007 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January

/ / /

16, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

DATED:   December 11, 2006

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    HOWARD KINSEY


                                    McGREGOR SCOTT
                                    United States Attorney

DATE:   December 11, 2006            /S/ Dennis S. Waks for

                                    _____
                                    MATTHEW STEGMAN
                                    Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: December 13, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2