DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 06-404-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER |
| v. ) | |
| ) | Date: February 20, 2007 |
| HOWARD KINSEY, ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____) | |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for January 16, 2007 be reset for February 20, 2007 at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for

///

February 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

DATED:   January 10, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        HOWARD KINSEY


                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   January 10, 2007          /S/ Dennis S. Waks for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney


    **IT IS SO ORDERED.**

Dated: January 10, 2007




                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE