```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 06-0404-FCD | |
| ) | | |
| Plaintiff, ) | STIPULATION AND ORDER | |
| ) | | |
| v. ) | Date: March 5, 2007 | |
| ) | Time: 10:00 a.m. | |
| HOWARD KINSEY, ) | Judge: Hon. Frank C. Damrell, Jr. | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for February 20, 2007 be reset for March 5, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for

///

1

March 5, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

DATED:   February 15, 2007

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /S/ Dennis S. Waks
                                              _____
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal Defender
                                              Attorney for Defendant
                                              HOWARD KINSEY

                                              McGREGOR SCOTT
                                              United States Attorney

DATE:   February 15, 2007
                                              /S/ Dennis S. Waks for
                                              _____
                                              MATTHEW STEGMAN
                                              Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: February 16, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2