McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S-06-404 FCD |
| Plaintiff, | ORDER REFERRING DEFENDANT TO BUREAU OF PRISONS FOR MENTAL |
| v. | EXAMINATION PURSUANT TO 18 U.S.C. §§ 4241(a), 4247(b) and (c) |
| HOWARD KINSEY, | COURT: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

The United States has moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. § 4241(a), and moved that the defendant be referred to the Bureau of Prisons for a mental examination and report, pursuant to 18 U.S.C. § 4241(b). Based upon the government's filing, the Court finds there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  It is therefore ordered as follows:

1. Pursuant to 18 U.S.C. § 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination and report in accordance with the provisions of 18

U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist.  The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the government and the attorney for the defendant, as follows:

    Attorney for the government:
    MATTHEW C. STEGMAN
    Assistant U.S. Attorney
    501 I Street, Room 10-100
    Sacramento, CA   95814
    (916) 554-2793

    Attorney for the defendant:
    DENNIS WAKS
    Assistant Federal Defender
    801 I Street, Third Floor
    Sacramento, CA   95814
    (916) 498-5700

The report shall include the following information:

    (1) the defendant's history and present symptoms;

    (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

    (3) the examiner's findings; and

    (4) the examiner's opinions as to diagnosis, prognosis, and

        (A) whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    2.   The status conference set for March 5, 2007 is VACATED and a further status is scheduled for April 16, 2007 at 10:00 a.m., to check on the progress of the above referral.

    3.   Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination,

1 to determine the defendant's mental competency, pursuant to 18
2 U.S.C. § 3161(h)(1)(A) and Local Code A.
3     4.  The Clerk of the Court shall serve a copy of this order on
4 the United States Marshal, who shall immediately coordinate with the
5 Bureau of Prisons to effectuate the defendant's transfer to an
6 appropriate facility as soon as possible.  The Clerk of the Court
7 shall also serve a copy of this order on the Bureau of Prisons.
8     IT IS SO ORDERED.
9 DATED: March 2, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE