DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD KINSEY, ) <br> ) <br> Defendant. ) <br> _____) | Cr.S. 06-0404-FCD <br><br> STIPULATION AND <br> ORDER <br><br> Date: May 14, 2007 <br> Time: 10:00 a.m. <br> Judge: Hon. Frank C. Damrell, Jr. |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for April 16, 2007 be reset for May 14, 2007 at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.  Furthermore, Mr. Kinsey is completing a psychological examination in the Bureau of Prisons in a facility in Los Angeles, California.

    Speedy trial time is to be excluded from the date of this

1

order through the date of the status conference set for May 14, 2007, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(8)(B)(iv), Local Codes and T4 based upon a psychological examination and defense preparation.

DATED:   April 11, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              HOWARD KINSEY


                              McGREGOR SCOTT
                              United States Attorney

DATE:   April 11, 2007
                              /S/ Dennis S. Waks for
                              _____
                              MATTHEW STEGMAN
                              Assistant United States Attorney


**IT IS SO ORDERED:**

Dated: April 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE