```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 06-404-FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| HOWARD KINSEY, ) | Date: June 25, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for May 14, 2007 be reset for June 25, 2007 at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey is completing a psychological examination in the Bureau of Prisons in a facility in Los Angeles, California.

    Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for June 25, 2007, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(8)(B)(iv), Local Codes and T4 based upon a psychological examination and defense preparation.

DATED:  May 8, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /S/ Dennis S. Waks
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        HOWARD KINSEY

                                        McGREGOR SCOTT
                                        United States Attorney

DATE:  May 8, 2007                    /S/ Dennis S. Waks for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: May 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE