DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOWARD KINSEY,<br><br>　　　　Defendant. | Cr. S-06-404 FCD<br><br>STIPULATION AND ORDER<br><br>Date: August 27, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

　　　Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for August 6, 2007 be reset for August 27, 2007 at 10:00 a.m.

　　　This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey is completing a psychological examination in the Bureau of Prisons in a facility in Los Angeles, California.

　　　Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for August 27, 2007, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4) based upon a psychological examination and defense preparation.

DATED:   August 2, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              HOWARD KINSEY


                              McGREGOR SCOTT
                              United States Attorney

DATE:   August 2, 2007
                              /S/ Dennis S. Waks for
                              _____
                              MATTHEW STEGMAN
                              Assistant United States Attorney


**IT IS SO ORDERED:**

Dated: August 2, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2