DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>HOWARD KINSEY,              )<br>                            )<br>            Defendant.      )<br>_____) | Cr.S.06-404-FCD<br><br>STIPULATION AND ORDER<br><br>Date: September 10, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, Matthew Stegman, Assistant United States Attorney, stipulates that the status conference hearing set for August 27, 2007 be reset for September 10, 2007 at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.  Furthermore, Mr. Kinsey just completed a psychological examination in the Bureau of Prisons in a facility in Los Angeles, California. The conclusion of this examination found that Mr. Kinsey is presently

incompetent to stand trial; the defendant needs additional time to review this report and determine whether to request an independent examination by another expert.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 10, 2007, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4) based upon a psychological examination and defense preparation.

DATED: August 24, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
HOWARD KINSEY

McGREGOR SCOTT
United States Attorney

DATE: August 24, 2007

/S/ Dennis S. Waks for
_____
MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: August 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2