```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-0404-FCD |
| )  Plaintiff, ) | STIPULATION AND ORDER |
| ) v. ) | |
| ) HOWARD KINSEY, ) | Date: October 12, 2007<br>Time: 9:30 a.m. |
| ) Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____) | |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the status conference hearing set for September 10, 2007 be vacated and a mental competency hearing be set for October 12, 2007 at 9:30 a.m., pursuant to 18 U.S.C. §4241.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.  Furthermore, Mr. Kinsey just completed a psychological examination in the Bureau of Prisons in a facility in Los Angeles, California. The

1 conclusion of this examination and report found that Mr. Kinsey
2 is presently incompetent to stand trial; the defense needs
3 additional time to review this report and has decided to request
4 an independent examination by another expert.
5     Speedy trial time is to be excluded from the date of this
6 order through the date of the competency hearing set for
7 October 12, 2007, pursuant to 18 U.S.C. §3161(h)(1)(A) and
8  § 3161(h)(8)(B)(iv), (Local Codes A and T4) based upon delay
9 resulting from a mental competency examination and defense
10 preparation.

12 DATED:   September 6, 2007

13                                     Respectfully submitted,

14                                     DANIEL J. BRODERICK
                                       Federal Defender

16
                                       /S/ Dennis S. Waks
17                                     _____
                                       DENNIS S. WAKS
18                                     Supervising Assistant Federal
                                       Defender
19                                     Attorney for Defendant
                                       HOWARD KINSEY

21                                     McGREGOR SCOTT
                                       United States Attorney
22
DATE: September 6, 2007
23                                     /S/ Dennis S. Waks for
                                       _____
24                                     MATTHEW STEGMAN
                                       Assistant United States Attorney
25
    **IT IS SO ORDERED:**
26
Dated: September 10, 2007
27
                                       _____
28                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE