1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Room 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  CASE NO. 2:06-cr-0404 FCD
                               )
12              Plaintiff,     )  ORDER TO COMMIT DEFENDANT TO THE
                               )  BUREAU OF PRISONS FOR TREATMENT
13      v.                     )  PURSUANT TO 18 U.S.C. § 4241(d)
                               )
14 HOWARD KINSEY,              )  COURT:  Hon. Frank C. Damrell, Jr.
                               )
15              Defendant.     )
   _____)
16

17      On March 2, 2007, on a motion by the United States for a
18 hearing to determine the mental competency of the defendant,
19 pursuant to 18 U.S.C. § 4241(a), the Court ordered that the
20 defendant be referred to the Bureau of Prisons for a mental
21 examination.  On October 12, 2007, after such examination, a hearing
22 was held to determine whether the defendant is mentally competent to
23 stand trial.  Prior to that hearing, Dr. Hope prepared and submitted
24 to the Court a report of her forensic evaluation, and testified at
25 the hearing regarding her evaluation.  Based upon the record and
26 evidence presented at that hearing, the Court found by a
27 preponderance of the evidence that defendant Howard Kinsey is
28 presently suffering from a mental disease or defect rendering hm

1

1  mentally incompetent to properly assist in his defense and therefore
2  to stand trial.
3      It is therefore ordered, pursuant to 18 U.S.C. §§4241(d)(1) and
4  (2), that defendant Kinsey be committed to the custody of the Bureau
5  of Prisons to be hospitalized for treatment in a suitable facility
6  for a reasonable period of time, not to exceed four months, as is
7  necessary to determine whether there is a substantial probability
8  that in the foreseeable future the defendant will attain the
9  capacity to permit the proceedings to go forward, and for an
10 additional reasonable period of time, if this Court then finds that
11 there is a substantial probability that within such additional
12 period of time the defendant will attain the capacity to permit the
13 proceedings to go forward.
14     It is further ordered that defendant Kinsey be transported
15 forthwith to a medical center designated by the Federal Bureau of
16 Prisons.  The Clerk of the Court shall serve a copy of this order on
17 the United States Marshal, who shall immediately coordinate with the
18 Bureau of Prisons to effectuate the defendant's expedited transfer
19 to an appropriate facility as soon as possible.  The Clerk of the
20 Court shall also serve a copy of this order on the Bureau of
21 Prisons.
22     A further status conference is set for April 7th, 2008, at
23 10:00 a.m.  Time is excluded until that date under 18 U.S.C.
24 §3161(h)(1)(A) and Local Code A.
25     IT IS SO ORDERED.
26 DATED: October 17, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE