McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-06-404 FCD |
| | ) | |
| Plaintiff, | ) | ORDER TO INVOLUNTARILY MEDICATE |
| | ) | |
| v. | ) | COURT: Hon. Frank C. Damrell, Jr. |
| | ) | |
| HOWARD KINSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Government's motion to involuntarily medicate defendant Howard Kinsey came on for hearing before this Court on June 12, 2008. Before that hearing, on October 17, 2007, the Court found that the defendant was suffering from a mental disease or defect rendering him mentally incompetent to assist in his defense and stand trial, and ordered on October 17, 2007, that the defendant be committed to the custody of the Bureau of Prisons to be hospitalized for treatment to restore the defendant to competency.

The defendant was examined and treated by psychiatrist Robert G. Lucking, M.D., at the Federal Medical Center at Butner, North Carolina, who determined that there was a substantial probability

1

that the defendant could be restored to competency with antipsychotic medication. Dr. Lucking also stated that the defendant refused to voluntarily take the medication.

At the hearing of June 12, 2008, the Court heard and considered evidence, including the testimony of Dr. Lucking. Based upon the record and evidence presented at that hearing, the Court makes the following findings and issues the following order in accordance with Sell v. United States, 539 U.S. 166 (2003), as set forth below.

The Court finds that important governmental interests are protected through an order to involuntarily medicate the defendant. The Court also finds that involuntary medication will be substantially likely to render the defendant competent and able to stand trial, and that the side-effects from such medication will be substantially unlikely to interfere with the defendant's ability to assist counsel in a trial defense. Furthermore, the Court finds that involuntary medication is necessary and that there are no less-intrusive measures which will achieve the same results. Finally, the Court finds that the administration of medication is medically-appropriate and in the patient's best interests. The Court makes the above findings based on clear and convincing evidence, and has considered the specific drugs proposed, their unique side effects, and their medical appropriateness.

THEREFORE, THE COURT ORDERS THAT,

Medical personnel at the Federal Medical Center at Butner, North Carolina, are authorized to treat the defendant for a further four month period for restoration as outlined in 18 U.S.C. §4241(d). During that time, medical personnel are authorized to involuntarily medicated the defendant as part of his course of treatment to

2

1  restore competency for trial.  Any one of the following medications
2  and corresponding maximum doses may be administered: 250 miligrams
3  of haloperidol decanoate every four weeks; 50 miligrams of
4  fluphenazine decanoate every two weeks; or 50 miligrams of
5  risperidone consta every two weeks.  The defendant has the option to
6  take these medications or other medications on a voluntary basis, as
7  approved by medical personnel.
8      IT IS FURTHER ORDERED THAT,
9      Defendant Kinsey be transported forthwith to the Federal
10 Medical Center at Butner, North Carolina.  The Clerk of the Court
11 shall serve a copy of this order on the United States Marshal, who
12 shall immediately coordinate with the Bureau of Prisons to
13 effectuate the defendant's expedited transfer as soon as possible.
14 The Clerk of the Court shall also serve a copy of this order on the
15 Bureau of Prisons.
16     A further status conference is set for November 3, 2008, at
17 10:00 a.m.  Time is excluded until that date under 18 U.S.C.
18 §3161(h)(1)(A) and Local Code A.
19 DATED: June 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE