DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOWARD KINSEY,<br><br>    Defendant. | Cr.S. 06-404-FCD<br><br>STIPULATION AND ORDER<br><br>Date: December 15, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for November 3, 2008, be reset to December 15, 2008, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses.  Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Bureau of Prisons to be hospitalized for treatment
///

to restore his competency.  He is presently in the Bureau of Prison's custody.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 15, 2008, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4) based upon delay resulting from a mental examination and defense preparation.

DATED:   October 29, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
HOWARD KINSEY

McGREGOR SCOTT
United States Attorney

DATE:   October 29, 2008

/s/ Dennis S. Waks for
    Matthew Stegman
_____
MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:   October 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2