DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-06-404-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date: February 2, 2009 |
| HOWARD KINSEY, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |


    Defendant, HOWARD KINSEY, by and through his counsel, DENNIS

S. WAKS, Supervising Assistant Federal Defender, and the United

States Government, by and through its counsel, MATTHEW STEGMAN,

Assistant United States Attorney, stipulate that the Status

Conference hearing set for December 15, 2008, be reset to

February 2, 2009, at 10:00 a.m.

    This continuance is being requested because defense counsel

requires additional time to review discovery, continue the

investigation, and to interview witnesses.  Furthermore, Mr.

Kinsey was ordered on June 25, 2008, to be committed to the

custody of the Bureau of Prisons to be hospitalized for treatment

to restore his competency.  He is presently in the custody of the

1

Federal Bureau of Prison.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 2, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4) based upon delay resulting from a mental examination and defense preparation.


DATED:  December 9, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal
                              Defender
                              Attorney for Defendant
                              HOWARD KINSEY


                              McGREGOR SCOTT
                              United States Attorney

DATE:  December 9, 2008
                              /s/ Dennis S. Waks for
                                  Matthew Stegman
                              _____
                              MATTHEW STEGMAN
                              Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  December 10, 2008

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE