DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 06-404-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date: April 20, 2009 |
| ) | Time: 10:00 a.m. |
| HOWARD KINSEY, ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |
| _____ ) | |

　　Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for February 2, 2009, be reset to April 20, 2009, at 10:00 a.m.

　　This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Bureau of Prisons to be hospitalized for treatment to restore his competency. He is mentally incompetent and is

1

still presently in the custody of the Federal Bureau of Prison.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 20, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4 based upon delay resulting from a mental examination and defense preparation).

DATED:   January 27, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Dennis S. Waks*
                                        _____
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        HOWARD KINSEY

                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   <u>January 27, 2009</u>

                                        */s/ Dennis S. Waks for*
                                            *Matthew Stegman*
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:   January 28, 2009

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE