```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-06-404-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date: June 15, 2009 |
| HOWARD KINSEY, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for April 20, 2009, be reset to June 15, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Bureau of Prisons to be hospitalized for treatment to restore his competency. He is mentally incompetent and is

still presently in the custody of the Federal Bureau of Prison.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 15, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4 based upon delay resulting from a mental examination and defense preparation).

DATED: April 16, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis S. Waks*

Supervising Assistant Federal Defender
Attorney for Defendant
HOWARD KINSEY

LAWRENCE G. BROWN
Acting United States Attorney

DATE: April 16, 2009

*/s/ Dennis S. Waks for*
*Matthew Stegman*

MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: April 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE