DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOWARD KINSEY,<br><br>　　　　Defendant.<br>_____ | CR. S-06-404 FCD<br><br>STIPULATION AND ORDER<br><br>Date:  August 31, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

　　　Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for July 13, 2009, be reset to August 31, 2009, at 10:00 a.m.

　　　This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Federal Bureau of Prisons to be hospitalized for treatment to restore his competency. He is mentally incompetent

and is presently in the custody of the Federal Bureau of Prisons. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 31, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(8)(B)(iv), (Local Codes A and T4 based upon delay resulting from a mental examination and defense preparation).

DATED: July 9, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Dennis S. Waks*
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
HOWARD KINSEY

LAWRENCE G. BROWN
Acting United States Attorney

DATE: July 9, 2009

*/s/ Dennis S. Waks for
   Matthew Stegman*
_____
MATTHEW STEGMAN
Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: July 10, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE