DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>   v. )<br>)<br>HOWARD KINSEY, )<br>)<br>  Defendant. )<br>_____ ) | Cr.S. 06-00404-FCD<br><br>STIPULATION AND ORDER<br><br>Date: October 13, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for August 31, 2009, be reset to October 13, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Federal Bureau of Prisons to be hospitalized for treatment to restore his competency. He is mentally incompetent

1

and is presently in the custody of the Federal Bureau of Prisons.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 13, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(7)(B)(iv), (Local Codes A and T4 based upon delay resulting from a mental examination and defense preparation).

DATED:  August 25, 2009

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              */s/ Dennis S. Waks*
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              HOWARD KINSEY

                              LAWRENCE G. BROWN
                              United States Attorney

DATE:  August 25, 2009

                              */s/ Dennis S. Waks for Matthew Stegman*
                              _____
                              MATTHEW STEGMAN
                              Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  August 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2