```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   Cr.S. 06-404-FCD
                            )
            Plaintiff,      )   STIPULATION AND ORDER
                            )
     v.                     )   Date: November 9, 2009
                            )   Time: 10:00 a.m.
HOWARD KINSEY,              )   Judge: Hon. Frank C. Damrell, Jr.
                            )
            Defendant.      )
_____)
```

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for October 13, 2009, be reset to November 9, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Federal Bureau of Prisons to be hospitalized for treatment to restore his competency. Counsel for the defendant

1  has been advised that Mr. Kinsey has been found mentally
2  competent and we are now awaiting the forensic evaluation.
3       Speedy trial time is to be excluded from the date of this
4  order through the date of the status conference set for
5  November 9, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and
6  § 3161(h)(7)(B)(iv), (Local Codes A and T4 based upon delay
7  resulting from a mental examination and defense preparation).

9  DATED: October 6, 2009

10                                    Respectfully submitted,

11                                    DANIEL J. BRODERICK
                                      Federal Defender

14                                    /s/ Dennis S. Waks
                                      _____
15                                    DENNIS S. WAKS
                                      Supervising Assistant Federal
                                      Defender
16                                    Attorney for Defendant
                                      HOWARD KINSEY

18                                    LAWRENCE G. BROWN
                                      United States Attorney

19 DATE: <u>October 6, 2009</u>
20                                    /s/ Dennis S. Waks for
                                          Matthew Stegman
21                                    _____
                                      MATTHEW STEGMAN
22                                    Assistant United States Attorney

23 **IT IS SO ORDERED:**

24 Dated: October 7, 2009

27                                    _____
                                      FRANK C. DAMRELL, JR.
28                                    UNITED STATES DISTRICT JUDGE

2