```
DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>HOWARD KINSEY,  )<br>  )<br>            Defendant.  )<br>_____ ) | CR. S-06-404-FCD<br><br>STIPULATION AND ORDER<br><br><br>Date: November 30, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

Defendant, HOWARD KINSEY, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW STEGMAN, Assistant United States Attorney, stipulate that the Status Conference hearing set for November 9, 2009, be reset to November 30, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue the investigation, and to interview witnesses. Furthermore, Mr. Kinsey was ordered on June 25, 2008, to be committed to the custody of the Federal Bureau of Prisons to be hospitalized for treatment to restore his competency.  Counsel for the defendant

has been advised that Mr. Kinsey may now be found mentally competent and we are awaiting Mr. Kinsey's arrival from the institution, which we expect to be on or about November 19, 2009.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 30, 2009, pursuant to 18 U.S.C. §3161(h)(1)(A) and § 3161(h)(7)(B)(iv), (Local Codes A and T4 based upon delay resulting from a mental examination and defense preparation).

DATED:  October 26, 2009

                               Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               */s/ Dennis S. Waks*
                               _____
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for Defendant
                               HOWARD KINSEY

                               LAWRENCE G. BROWN
                               United States Attorney

DATE:  <u>October 26, 2009</u>

                               */s/ Dennis S. Waks for*
                                   *Matthew Stegman*
                               _____
                               MATTHEW STEGMAN
                               Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: November 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE