DANIEL J. BRODERICK, Bar#89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HOWARD KINSEY


                IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S-06-404-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | 7Date:  January 5, 2010 |
| | ) | Time:  10:00 a.m. |
| HOWARD KINSEY, | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


     Defendant, HOWARD KINSEY, by and through his counsel, DENNIS

S. WAKS, Supervising Assistant Federal Defender, and the United

States Government, by and through its counsel, MATTHEW STEGMAN,

Assistant United States Attorney, stipulate that the Status

Conference hearing set for December 14, 2009, be reset to January

5, 2010, at 10:00 a.m.

     This continuance is being requested because defense counsel

requires additional time to review discovery, continue the

investigation, and to interview witnesses.  Mr. Kinsey was

ordered on June 25, 2008, to be committed to the custody of the

Federal Bureau of Prisons to be hospitalized for treatment to

restore his competency.  He was found to be competent on November

1

1   30, 2009.  The party's are presently working on a disposition in

2   this case and need more time to finalize a plan.

3        Speedy trial time is to be excluded from the date of this

4   order through the date of the status conference set for

5   January 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

6   (Local Code T4 based upon defense preparation).

7

8   DATED:   December 11, 2009

9                                    Respectfully submitted,

10                                   DANIEL J. BRODERICK
                                     Federal Defender
11

12
                                     /s/ Dennis S. Waks
13                                   _____
                                     DENNIS S. WAKS
14                                   Supervising Assistant Federal
                                     Defender
15                                   Attorney for Defendant
                                     HOWARD KINSEY
16

17                                   BEN WAGNER
                                     United States Attorney
18
    DATE:   December 11, 2009
19                                   /s/ Dennis S. Waks for
                                          Matthew Stegman
20                                   _____
                                     MATTHEW STEGMAN
21                                   Assistant United States Attorney

22  **IT IS SO ORDERED:**

23  Dated:   December 11, 2009

24

25                                   _____
                                     FRANK C. DAMRELL, JR.
26                                   UNITED STATES DISTRICT JUDGE

27

28

                                     2