FILED
December 18, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>           Plaintiff,                            )<br>v.                                                      )<br>                                                          )<br>HOWARD KINSEY,                         )<br>           Defendant.                        )<br>_____) | Case No. CR.S-06-0404-FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release HOWARD KINSEY, Case No. CR.S-06-0404-FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $10,000.00

    _X_   Unsecured Appearance Bond

    ____   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered released by the U.S. Marshall on 12/21/09 at 8:30 a.m to the custody of the .Pretrial Services Office.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/18/09  at 2:25pm.

By _____
Edmund F. Brennan
United States Magistrate Judge