```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2973
 5
 6
 7                 IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   2:06-cr-404 FCD
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )
                                 )   GOVERNMENT'S MOTION TO DISMISS
14  HOWARD KINSEY,               )   INDICTMENT; ORDER
                                 )
15              Defendant.       )
    _____)
16
```

17      Pursuant to Rule 48(a) of the Federal Rules of Criminal
18 Procedure, plaintiff United States of America, by and through its
19 undersigned attorney, hereby moves this Honorable Court for an Order
20 dismissing the above-entitled matter filed against defendant HOWARD
21 KINSEY on October 5, 2006.
22      On December 18, 2009, the defendant was placed on pretrial
23 diversion pursuant to an agreement between the parties.  HOWARD
24 KINSEY successfully completed the 18 month pretrial diversion
25 program and made positive progress while under pretrial services
26 supervision.
27 ///
28 ///

Accordingly, the government moves to dismiss all charges against HOWARD KINSEY in the pending indictment.  A status conference in this matter is scheduled for June 20, 2011.  The government asks that this appearance date be vacated.

DATED: June 13, 2011                      BENJAMIN B. WAGNER
                                          United States Attorney


                                    By:   /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: June 13, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE